**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | | |
|---|---|---|
| In re:    Marcin Lambirth, LLP | § | Case No. 1:18-bk-11318-VK |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Amy L. Goldman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distribution to Claimants: | $52,843.57 | Claims Discharged Without Payment: | $4,177,407.98 |
| Total Expenses of Administration: | $38,028.06 | | |

3) Total gross receipts of $90,871.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $90,871.63 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS |  |  |  |  |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,028.06 | 38,028.06 | 38,028.06 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,909.27 | 3,909.27 | 3,909.27 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,242,533.38 | 4,226,342.28 | 48,934.30 |
| **TOTAL DISBURSEMENTS** | **$0.00** | **$4,284,470.71** | **$4,268,279.61** | **$90,871.63** |

    4)  This case was originally filed under Chapter 7 on 05/22/2018. The case was pending for 38 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/01/2021           By:  /s/ Amy L. Goldman
                                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| NOTES RECEIVABLE | 1149-000 | 90,871.63 |
| **TOTAL GROSS RECEIPTS** | | **$90,871.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amy L. Goldman, Chapter 7 Trustee | 2100-000 | N/A | 7,793.58 | 7,793.58 | 7,793.58 |
| Amy L. Goldman, Chapter 7 Trustee | 2200-000 | N/A | 31.95 | 31.95 | 31.95 |
| Dinsmore & Shohl LLP | 3210-000 | N/A | 16,507.50 | 16,507.50 | 16,507.50 |
| Dinsmore & Shohl LLP | 3220-000 | N/A | 389.96 | 389.96 | 389.96 |
| SLBiggs, A Division of SingerLewak | 3410-000 | N/A | 11,425.00 | 11,425.00 | 11,425.00 |
| SLBiggs, A Division of SingerLewak | 3420-000 | N/A | 134.09 | 134.09 | 134.09 |
| International Sureties, LTD | 2300-000 | N/A | 93.12 | 93.12 | 93.12 |
| FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | 2820-000 | N/A | 1,652.86 | 1,652.86 | 1,652.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | N/A | **$38,028.06** | **$38,028.06** | **$38,028.06** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002A | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | 5800-000 | 0.00 | 3,308.77 | 3,308.77 | 3,308.77 |
| 00003B | Employment Development Department, Bankruptcy Group MIC 92E | 5800-000 | 0.00 | 600.50 | 600.50 | 600.50 |
| NOTFILED | Internal Revenue Service | 5800-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$3,909.27** | **$3,909.27** | **$3,909.27** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | R. Alexander Acosta, U.S. Secretary of Labor, | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00002 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | 7100-000 | 0.00 | 1,826.21 | 1,826.21 | 21.25 |
| 00003 | Employment Development Department, Bankruptcy Group MIC 92E | 7100-000 | 0.00 | 264.50 | 264.50 | 3.08 |
| 00004 | Nancy Lee Parrottm Individually, c/o Lee B. Ackerman Esq | 7100-000 | N/A | 1,000,000.00 | 1,000,000.00 | 11,638.69 |
| 00005 | Juanita Cohodas, c/o Lee B. Ackerman | 7100-000 | 0.00 | 1,000,000.00 | 1,000,000.00 | 11,638.69 |
| 00006 | Nancy Lee Parrottm Individually, c/o Lee B. Ackerman Esq | 7100-000 | N/A | 1,000,000.00 | 1,000,000.00 | 11,638.69 |
| 00007 | Lisa Miller, c/o Henry Josefsberg | 7100-000 | N/A | 1,148,233.00 | 1,148,233.00 | 13,363.92 |
| 00008 | Debbie Vaughn, c/o Henry Josefsberg | 7100-000 | 0.00 | 54,128.07 | 54,128.07 | 629.98 |
| 00009 | Atkinson-Baker, Inc. | 7200-000 | N/A | 5,699.50 | 5,699.50 | 0.00 |
| 00010 | Kristy Jones | 7200-000 | N/A | 1,827.00 | 1,827.00 | 0.00 |
| 00011 | Timothy Lambirth | 7200-000 | N/A | 14,364.00 | 14,364.00 | 0.00 |
| 00012 | Kristy Jones | 7200-000 | N/A | 1,827.00 | 0.00 | 0.00 |
| 00013 | Timothy Lambirth | 7200-000 | N/A | 14,364.10 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Anderson, Chase | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Baillio, Austin | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blue Cross Medical | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bonilla, Vivian | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of LA | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Comden, Leonard | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Figueroa, Alexis | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Greenwall, John | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Harkness, Tracy | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Herrera, Anna | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Janney and Janney | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kravitz | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Labor commissioner - State of CA | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lambirth, Tim | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paychex | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stern Kory | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Taton (Price), Jen | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Worker's Comp Insurance | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$4,242,533.38** | **$4,226,342.28** | **$48,934.30** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page: 1

| Case Number: | 18-11318 VK | Trustee: | Amy L. Goldman |
|---|---|---|---|
| Case Name: | Marcin Lambirth, LLP | Filed (f) or Converted (c): | 05/22/18 (f) |
| | | §341(a) Meeting Date: | 09/24/18 |
| Period Ending: | 07/01/21 | Claims Bar Date: | 11/26/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | OFFICE FURNITURE<br>MISC. OFFICE FURNITURE<br>LOCATED AT 5567 RESEDA BLVD., STE 320<br>TARZANA, CA  91356<br><br>NOTICE OF PROPOSED ABANDONMENT FILED 10/23/18 [DOCKET NO. 30] | 0.00 | 0.00 | OA | 0.00 | FA |
| 2 | OFFICE FIXTURES<br>OFFICE FIXTURES<br>LOCATED AT 5567 RESEDA BLVD., STE 320<br>TARZANA, CA  91356<br><br>NOTICE OF PROPOSED ABANDONMENT FILED 10/23/18 [DOCKET NO. 30] | 0.00 | 0.00 | OA | 0.00 | FA |
| 3 | OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE<br>OFFICE EQUIPMENT<br>LOCATED AT 5567 RESEDA BLVD., STE 320<br>TARZANA, CA  91356<br><br>NOTICE OF PROPOSED ABANDONMENT FILED 10/23/18 [DOCKET NO. 30] | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | NOTES RECEIVABLE<br>DEBTOR HAS A CLAIM FOR ATTORNEY'S FEES IN A CASE ENTITLED URETA vs. COUNTY OF LOS ANGELES, IN WHICH DEBTOR WAS COUNSEL OF RECORD FOR THE PLAINTIFFS PRIOR TO BEING REPLACED BY OTHER COUNSEL<br><br>SEE LETTER AND NOTICE OF LIEN ATTACHED TO THE PETITION DATED SEPTEMBER 11, 2018 DOCKET NO. 19 PAGE 10 | Unknown | 1.00 | | 90,871.63 | FA |
| 5 | DELETED ASSET - DUPLICATE | Unknown | 0.00 | | 0.00 | FA |
| | TOTALS (Excluding Unknown Values) | $0.00 | $1.00 | | $90,871.63 | $0.00 |

**Major activities affecting case closing:**
TFR FILED ---

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 2

**GENERAL:**
This Case Commenced on May 22, 2018 when Petitioning Creditors filed an involuntary petition against Debtor. Relief under chapter 7 of title 11 of the United States code was granted against the debtor on August 27, 2018. Soon thereafter, Amy L. Goldman was appointed the Chapter 7 Trustee. The first 341 (a) Meeting of Creditors took place on September 24, 2018. The Trustee concluded the meeting and filed a Notice of Asset report, which in turn provided bar dates for filing claims of December 31, 2018 and for governmental claims, November 19, 2018.

The only asset of the estate of this estate is the entitlement to some portion of the settlement proceeds from a litigation matter captioned Osvaldo Ureta, et al. v. County of Los Angeles, et al., Case No. BC501051. At the time of the filing of the involuntary petition, the Debtor no longer represented the plaintiff in the action and was not involved in any of the settlement discussions with the defendants. However, based on the Retainer Agreement between the Debtor and the Plaintiff, the Debtor would be entitled to receive some portion of the settlement funds for prior services.

**PROFESSIONAL:**
SLBiggs A division of SingerLewak as Accountants for the Trustee. Order entered on November 14, 2018. To be paid from the Debtor's estate with court approval at the conclusion of the case.

Dinsmore & Shohl LLP as General Counsel for the Trustee. Order entered on November 14, 2018. To be paid from the Debtor's estate with court approval at the conclusion of the case.

**CLAIMS:**
Bar date set for claims is December 31, 2018  
Bar date set for governmental claims is November 19, 2018  
Claim No. 1 - Has been withdrawn;  
Claim Nos. 7&8- Were amended to correct the type of claim from Priority to Unsecured.  
Claim Nos. 9, 10, 11, 12 & 13 - Are tardily filed. Will be paid pro-rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.

**TAXES:**
Accountant prepared the final estate tax returns and were filed with the governmental agency.

**ADMIN. STATUS:**
Accountant has been employed to also assist in winding down of the employees retirement accounts.

Office furniture, fixtures and equipment have been formally abandoned.

After extensive settlement negotiations an agreement was reached between the Trustee and the State Case Parties with respect to the Fee Claim and the Attorney's Lien. It was agreed that the Bankruptcy Estate would be allowed a Fee Claim and Attorney's Lien, and claim in the aggregate amount of $90,871.63. The Settlement Agreement was approved by the Court on September 20, 2019.

A Claims review was ongoing and after extensive communication, the U.S. Department of Labor (Claim no. 1) recently withdrew their claim. Claims no. 7 & 8 were recently amended to reflect the correct order of priority.

File closure is commencing.

**INSURANCE:**
NONE REQUIRED

**Initial Projected Date of Final Report (TFR):** December 31, 2020    **Current Projected Date of Final Report (TFR):** November 11, 2020 (Actual)

July 01, 2021    /s/ Amy L. Goldman  
Date    Amy L. Goldman

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 18-11318 VK | | Trustee: | Amy L. Goldman |
| --- | --- | --- | --- | --- |
| Case Name: | Marcin Lambirth, LLP | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4070 - Checking Account |
| Taxpayer ID#: | **-***9634 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/01/21 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/25/19 | Asset #4 | LAW OFFICES OF DALE GALIPO CLIENT TRUST ACCOUNT | PER ORDER APPROVING SETTLEMENT AGREEMENT DAATED 9/20/19 | 1149-000 | 90,871.63 | | 90,871.63 |
| 01/22/20 | 51001 | International Sureties, LTD | LBR 2016-2(b)(1) Bond Premium Bond # 016030866 | 2300-000 | | 93.12 | 90,778.51 |
| 06/08/20 | | Signature Bank | Transfer to account ending 1114 | 9999-000 | | 90,778.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 90,871.63 | 90,871.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 90,778.51 | |
| | | | **Subtotal** | | 90,871.63 | 93.12 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$90,871.63** | **$93.12** | |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 18-11318 VK | | Trustee: | Amy L. Goldman |
|---|---|---|---|---|
| Case Name: | Marcin Lambirth, LLP | | Bank Name: | Signature Bank |
| | | | Account: | ******1114 - Checking Account |
| Taxpayer ID#: | **-***9634 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/01/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/08/20 | | Texas Capital Bank | Transfer from account ending 4070 | 9999-000 | 90,778.51 | | 90,778.51 |
| 02/04/21 | 60001 | Amy L. Goldman, Chapter 7 Trustee | Dividend of 100.000000000%. PER ORDER DATED FEBRUARY 2, 2021 TRUSTEE FEES | 2100-000 | | 7,793.58 | 82,984.93 |
| 02/04/21 | 60002 | Amy L. Goldman, Chapter 7 Trustee | Dividend of 100.000000000%. PER ORDER DATED FEBRUARY 2, 2021 TRUSTEE EXPENSES | 2200-000 | | 31.95 | 82,952.98 |
| 02/04/21 | 60003 | Dinsmore & Shohl LLP | Dividend of 100.000000000%. PER ORDER DATED FEBRUARY 2, 2021 ATTORNEY FOR TRUSTEE FEES | 3210-000 | | 16,507.50 | 66,445.48 |
| 02/04/21 | 60004 | Dinsmore & Shohl LLP | Dividend of 100.000000000%. PER ORDER DATED FEBRUARY 2, 2021 ATTORNEY FOR TRUSTEE EXPENSES | 3220-000 | | 389.96 | 66,055.52 |
| 02/04/21 | 60005 | SLBiggs, A Division of SingerLewak | Dividend of 100.000000000%. PER ORDER DATED FEBRUARY 2, 2021 ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 11,425.00 | 54,630.52 |
| 02/04/21 | 60006 | SLBiggs, A Division of SingerLewak | Dividend of 100.000000000%. PER ORDER DATED FEBRUARY 2, 2021 ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | 134.09 | 54,496.43 |
| 02/04/21 | 60007 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | Dividend of 100.000000000%, Claim No.00014. PER ORDER DATED FEBRUARY 2, 2021 | 2820-000 | | 1,652.86 | 52,843.57 |
| 02/04/21 | 60008 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | Dividend of 100.000000000%, Claim No.00002A. PER ORDER DATED FEBRUARY 2, 2021 | 5800-000 | | 3,308.77 | 49,534.80 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 18-11318 VK | | Trustee: | Amy L. Goldman |
|---|---|---|---|---|
| Case Name: | Marcin Lambirth, LLP | | Bank Name: | Signature Bank |
| | | | Account: | ******1114 - Checking Account |
| Taxpayer ID#: | **-***9634 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/01/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/04/21 | 60009 | Employment Development Department, Bankruptcy Group MIC 92E | Dividend of 100.000000000%, Claim No.00003B. PER ORDER DATED FEBRUARY 2, 2021 | 5800-000 | | 600.50 | 48,934.30 |
| 02/04/21 | 60010 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | Dividend of 1.163868741%, Claim No.00002. PER ORDER DATED FEBRUARY 2, 2021 | 7100-000 | | 21.25 | 48,913.05 |
| 02/04/21 | 60011 | Clerk of the Bankruptcy Court | Per Fed. R. Bankr. P. 3010(a) Small Claim Check to EDD | 7100-000 | | 3.08 | 48,909.97 |
| 02/04/21 | 60012 | Nancy Lee Parrottm Individually, c/o Lee B. Ackerman Esq | Dividend of 1.163868741%, Claim No.00004. PER ORDER DATED FEBRUARY 2, 2021 | 7100-000 | | 11,638.69 | 37,271.28 |
| 02/04/21 | 60013 | Juanita Cohodas, c/o Lee B. Ackerman | Dividend of 1.163868741%, Claim No.00005. PER ORDER DATED FEBRUARY 2, 2021 | 7100-000 | | 11,638.69 | 25,632.59 |
| 02/04/21 | 60014 | Nancy Lee Parrottm Individually, c/o Lee B. Ackerman Esq | Dividend of 1.163868741%, Claim No.00006. PER ORDER DATED FEBRUARY 2, 2021 | 7100-000 | | 11,638.69 | 13,993.90 |
| 02/04/21 | 60015 | Lisa Miller, c/o Henry Josefsberg | Dividend of 1.163868741%, Claim No.00007. PER ORDER DATED FEBRUARY 2, 2021 | 7100-000 | | 13,363.92 | 629.98 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 4

| Case Number: | 18-11318 VK | | Trustee: | Amy L. Goldman |
|---|---|---|---|---|
| Case Name: | Marcin Lambirth, LLP | | Bank Name: | Signature Bank |
| | | | Account: | ******1114 - Checking Account |
| Taxpayer ID#: | **-***9634 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/01/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/21 | 60016 | Debbie Vaughn, c/o Henry Josefsberg | Dividend of 1.163868741%, Claim No.00008. PER ORDER DATED FEBRUARY 2, 2021 | 7100-000 | | 629.98 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 90,778.51 | 90,778.51 | $0.00 |
| Less: Bank Transfers | | 90,778.51 | 0.00 | |
| **Subtotal** | | 0.00 | 90,778.51 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$90,778.51** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1114** | 0.00 | 90,778.51 | 0.00 |
| **Checking # ******4070** | 90,871.63 | 93.12 | 0.00 |
| | **$90,871.63** | **$90,871.63** | **$0.00** |